**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-2519**

ROGERS MOORE,

                                        Plaintiff - Appellant,

        versus

DEPARTMENT OF THE NAVY, Hansford T. Johnson,
Acting Secretary of the Navy,

                                        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (CA-03-154-7-F)

Submitted:  January 6, 2006          Decided:  January 23, 2006

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ernest J. Wright, Jacksonville, North Carolina, for Appellant.
Frank D. Whitney, United States Attorney, Anne M. Hayes, Assistant
United States Attorney, Joshua B. Royster, Assistant United States
Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rogers Moore appeals the district court's order granting summary judgment in favor of the defendant in his action alleging claims of employment discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C.A § 2000e et seq.; the Age Discrimination in Employment Act, 29 U.S.C.A. § 621 et seq.; and Section 501 of the Rehabilitation Act, 29 U.S.C.A. § 791 et seq. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Moore v. Department of the Navy, No. 03-CV-154 (E.D.N.C. Sept. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED